**Ball Trust.**

Argued May 3, 1967.   Before BELL, C. J., MUSMAN-
NO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Morris Paul Baran,* with him *Sporkin and Baran,*
for appellant in appeal No. 135, and appellees in ap-
peal No. 245.

*Paul Maloney,* with him *Raymond K. Denworth,* and
*Pepper, Hamilton and Scheetz,* for appellees in appeal
No. 135.

*Paul Maloney,* with him *Pepper, Hamilton and
Scheetz,* for appellant in appeal No. 245.

OPINION PER CURIAM, June 29, 1967:
Decrees affirmed. Each party to pay own costs.

Mr. Justice COHEN took no part in the consideration or decision of this case.